UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LISA WHITMORE, Individually, and as
Administratrix of the Estate of : Index No. CV-05-3895 (DGT)
THEODORE WHITMORE, Deceased,
:
Plaintiff,
:
-against- : **NOTICE OF MOTION FOR**
**CERTIFICATION PURSUANT**
KEVIN M. KERBIS, DENNIS KERBIS, : **TO 28 U.S.C. § 1292(b)**
KEITH B. SMITH, HELENA CHEMICAL
CO., and WHEELS, INC., : Motion denied. Section 1292(b) certification is
inappropriate where the issue is the existence or
: non-existence of a material fact. That is not a
Defendants. "controlling question of law." See Harriscom
-----------------------------------------------------------------x Svenska AB v. Harris Corp., 947 F.2d 627, 631
KEITH SMITH and REBECCA SMITH, : (2d Cir. 1991); Gilbert v. Seton Hall University,
No. 94 CV 1534, 2001 WL 1602167 (E.D.N.Y. 2001);
Plaintiffs, : Monaghan v. SZS 33 Associates, L.P., 153 F.R.D.
60 (S.D.N.Y. 1994).
-against- :
SO ORDERED.
LISA WHITMORE, as Administratrix of the :
Estate of THEODORE WHITMORE, deceased,
and KEVIN M. KERBIS and DENNIS KERBIS, : S/Brian M. Cogan
PENSKE TRUCK LEASING, U.S.D.J.
:
Defendants.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that, on a date and time to be designated by the Court, Defendants Keith B. Smith, Helena Chemical Co., and Wheels, Inc. (collectively "Smith"), by and through its undersigned attorneys, Seiden Wayne LLC, will move before The Honorable Brian M. Cogan, U.S.D.J., of the United States District Court for the Eastern District of New York for an Order granting Smith's Motion for Certification Pursuant to 28 U.S.C. § 1292(b) of the Court's Order dated April 17, 2007 denying Smith's Motion for Summary Judgment.

896657-1

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendant will rely upon its Memorandum of Law and the Certification of Robyn M. Gnudi, Esq. together with Exhibits A through F submitted herewith.

PLEASE TAKE FURTHER NOTICE that Oral Argument is requested.

PLEASE TAKE FURTHER NOTICE that a proposed Form of Order is also being submitted together with this Notice of Motion.

SEIDEN WAYNE LLC
Attorney for Defendants Keith B. Smith,
Helena Chemical Co. and Wheels, Inc.

By: /s/

Dated: May 11, 2007

Robyn M. Gnudi (RMG-4316)
70 East 55th Street
New York, NY 10022
(212) 446-5000

TO: Philip M. Hof, Esq.
LAUB, SEIDEL, COHEN, HOF & REID
8 Centre Square
Easton, PA 18042
*Attorneys for Plaintiff Lisa Whitmore Pro Hac Vice*

John P. James, Esq.
FRIEDMAN & JAMES LLP
132 Nassau Street, Suite 900
New York, NY 10038
*Attorneys for Plaintiff Lisa Whitmore*

William N. Candiloros, Esq.
ACITO KLEIN & CANDILOROS, P.C.
535 Fifth Avenue
New York, NY 10017
*Attorneys for Defendants Kevin M. Kerbis and Dennis Kerbis*